■ UNIVERSITY SHOPPINGTOWN, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 52451.)—Judgment unanimously affirmed, without costs, on the opinion of Court of Claims, Lengyel, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Marsh, P. J., Moule, Simons, Goldman, and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESSIT BRANT, Appellant.—Judgment insofar as it imposes sentence unanimously reversed and matter remitted to Erie County Court for resentence in accordance with and for the reasons stated in *People v Butler* (54 AD2d 56), and otherwise judgment affirmed. (Appeal from judgment of Erie County Court—robbery, third degree.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.

■ TOM HALL, as President of Truck Drivers and Helpers Local Union No. 317, Respondent, v FRONTIER DELIVERY, INC., Appellant.—Judgment unanimously affirmed, with costs, upon the opinion at Special Term, Roy, J. (Appeal from judgment of Onondaga Supreme Court—arbitration.) Present —Moule, J. P., Cardamone, Simons, Mahoney and Witmer, JJ.

■ LANCASTER SILO & BLOCK COMPANY ET AL., Respondents, v NORTHERN PROPANE GAS CO., Defendant, and GOLAY & COMPANY et al., Appellants.— Order unanimously affirmed, with costs, for the reasons stated at Special Term, Bayger, J. (Appeal from order of Erie Supreme Court—amend complaint.) Present—Marsh, P. J., Moule, Cardamone, Mahoney and Dillon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES B. WARREN, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Appeal unanimously dismissed on the ground that since appellant has absconded, his appeal may not be heard *(People v Del Rio,* 14 NY2d 165; see *People v Parmaklidis,* 38 NY2d 1005). (Appeal from judgment of Wyoming County Court—habeas corpus.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. TAYLOR, Appellant, v FRANK M. FESTA, as Superintendent, Respondent.—Appeal unanimously dismissed as moot, since relator is no longer in custody. (See *People ex rel., Wilder v Markley,* 26 NY2d 648.) (Appeal from judgment of Erie Supreme Court—habeas corpus.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES EWING, Appellant v PATRICK J. CORBETT, as Sheriff of Onondaga County, Respondent.—Appeal unanimously dismissed as moot. (See *People ex rel. Miller v Follette,* 33 AD2d 789. (Appeal from judgment of Onondaga County Court— habeas corpus.) Present—Cardamone, J. P., Mahoney, Dillon, Goldman and Witmer, JJ.

■ In the Matter of WILLIAM H. BRISTOL, Respondent, v JAMES CHIAVA-ROLI et al., Constituting the Board of Elections of Monroe County, Appellants.—Order unanimously reversed, on the law, without costs, and application dismissed. *Per Curiam* opinion. Leave to appeal to the Court of Appeals granted. (Appeal from order of Monroe Supreme Court—Election Law.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ. (Decided Oct. 14, 1976.)

■ BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF